UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JASPER SCHMIDT,<br><br>   Plaintiff,<br><br>  v.<br><br>FACEBOOK, INC.,<br><br>   Defendant. | Case No. 18-cv-06953-LB<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: ECF No. 1 |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable William H. Alsup for consideration of whether the case is related to *Echavarria v. Facebook, Inc.*, No. 18-cv-05982-WHA.

**IT IS SO ORDERED.**

Dated: November 20, 2018

_____
LAUREL BEELER
United States Magistrate Judge

ORDER – No. 18-cv-06953-LB